

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-17-2009

# Porter v. Dept Treasury

Precedential or Non-Precedential: Precedential

Docket No. 07-3859

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Porter v. Dept Treasury" (2009). *2009 Decisions.* Paper 1435.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1435

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 07-3859, 08-4663, 09-1162
_____

DANA M. PORTER

v.

DEPT. OF THE TREASURY

*MICHAEL BUESGENS
                    Appellant in No. 07-3859
*(Pursuant to Rule 12(a), F.R.A.P.)

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 07-cv-01541)
District Judge:  Honorable Bruce W. Kauffman

TOMMIE H. TELFAIR,
                    Appellant in No. 08-4663

v.

KAREN P. TANDY, Administrator-Drug Enforcement Administration; GERARD P.
MCALEER, Director/Senior Officer-DEA: Newark; 1-50 UNKNOWN DEA AGENTS;
1-50 UNKNOWN FEDERAL AGENTS; RAY MCCARTHY, Chief of Police, Newark;
MURAD MUHAMMED, Roberty-Homicide, OIC Newark Police; 1-50 UNKNOWN
POLICE OFFICERS; PAUL W. BERGRIN, Private Attorney-District of New Jersey;
CHRISTOPHER CHRISTY, AUSA-District of New Jersey

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 08-cv-0731)

District Judge:  Honorable William J. Martini

_____

JEWEL POWELL; WINSTON POWELL a/k/a TOMMY POWELL, et. al.

v.

VIOLET O. MAHABIR; LORING W. SEWER; MARILYN E. WOODLEY; IRVIN A.
SEWER; EARL A. SEWER; WARREN A. SEWER; LUCINDA C. ANTHONY;
JUDITH O. CALLWOOD; LORREL A. SEWER,
Appellants in No. 09-1162

_____

On Appeal from the United States District Court
for the District of the Virgin Islands
(D.C. Civil Action No. 05-cv-00083)
District Judge:  Honorable Raymond J. Finch

_____

Submitted Pursuant to Third Circuit LAR 27 and I.O.P. 10

Before: McKEE, RENDELL and SMITH, <u>Circuit</u> <u>Judges</u>

_____

ORDER AMENDING OPINION

_____

It appearing that at times the text of the opinion and order filed on April 16, 2009, identified the appellant in appeal No. 07-3859 as Dana M. Porter rather than Michael Buesgens, it is hereby O R D E R E D that the opinion and order shall be amended.  The following changes shall be made to the text of the opinion:

Page 8, paragraph 2, first sentence is amended as follows:

Buesgens, who proceeds pro se, and the Mahabir appellants, who are represented by counsel, have moved to voluntarily dismiss their appeals under Federal Rule of Appellate Procedure 42(b).

Page 8, paragraph 2, last sentence is amended as follows:

Accordingly, while we will grant Mahabir's and Buesgens's motions to withdraw their appeals ...

Page 9, paragraph 2, first sentence is amended as follows:

Buesgens's and the Mahabir appellants' motions to withdraw their appeals under Federal Rule of Appellate Procedure 42(b) are granted.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: April 17, 2009